UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS ARRIAGA,

                        Petitioner,

-against-

JIM WALSH,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 2906 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 9 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on December 29, 2005, dismissing petitioner's application for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       January 04, 2006

                                                 s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court